UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIONNE RICHARDS,<br>      *Plaintiff,*<br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al.<br>      *Defendants.* | Case No.: 1:24-cv-10494-RGS |

**DEFENDANT PENNSLYVANIA STATE EMPLOYEES CREDIT UNION'S MOTION
TO COMPEL PLAINTIFF'S INITIAL DISCLOSURES**

Defendant Pennsylvania State Employees Credit Union ("PSECU"), pursuant to Fed. R. Civ. P. 37(a)(3)(A) and this Court's April 2, 2024, Order (ECF 34), hereby respectfully moves to compel Plaintiff Dionne Richards ("Plaintiff") to provide forthwith initial disclosures as ordered by the Court and in the manner as required by Fed. R. Civ. P. 26(a)(1)(A)(ii)-(iii). In further support, PSECU respectfully refers the Court to its attached memorandum of law, incorporated herein.

WHEREFORE, for the foregoing reasons and the reasons set forth in its accompanying Memorandum of Law, Defendant PSECU respectfully requests that the Court grant its motion; and enter any and all such other relief for PSECU as the Court deems just and appropriate.

1

Respectfully submitted,

Defendant,
**PENNSYLVANIA STATE EMPLOYEES CREDIT UNION**,
By its attorneys,

/s/ Christian B.W. Stephens
Christian B.W. Stephens (BBO #666097)
Potoula P. Tournas (BBO #710437)
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Two International Place, 16th Floor
Boston, MA 02110-2602
Telephone: 617.342.6842
Facsimile: 617.342.6899
cstephens@eckertseamans.com
ptournas@eckertseamans.com

Dated: May 22, 2024

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for PSECU conferred with the Plaintiff via email on May 21 and May 22, 2024, in a good faith attempt to resolve or narrow the issues presented by this motion.

/s/ Christian B.W. Stephens
Christian B.W. Stephens

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent via email and U.S. mail, postage prepaid, to the following party who is a non-registered participant:

Dionne Richards
11 High Street, Suite #2
Milton, MA 02186
dionnerichardson54@yahoo.com

/s/ Christian B.W. Stephens
Christian B.W. Stephens