# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2024 JUL -9 PM 11:00

DIONNE RICHARDS

    *Plaintiff.*

V.

EXPERIAN INFORMATION SOLUTIONS,
TRANSUNION LLC, SYNCHRONY BANK,
CAPITAL ONE BANK, GOLDMAN SACHS & CO.
LLC, PENNSYLVANIA STATE EMPLOYEES
CREDIT UNION AND WINGS FIN. SERVS.

    *Defendants.*

**JURY TRIAL DEMANDED**

Civil Action No.
**1:24-cv-10494-RGS**

Plaintiff's Reply To Defendants
Opposition  To Plaintiff's Request For
An Extension Of Time

**PLAINTIFF DIONNE RICHARDS REPLY TO DEFENDANTS  REPLY AND OPPOSITION TO PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO PRODUCE WRITTEN DISCOVERY.**

Now Comes Plaintiff Dionne Richards respectfully submits this reply to the Defendants Transunion ("Doc 51"), Experian ("Doc 50") and Goldman Sachs ("Doc 52") and any other Defendant who raises issue with the Plaintiff's ("Doc 49") Motion for an Extension of time.

Plaintiff would like the court to note that she in no way intended to miss the scheduling order deadline set forth by this honorable court.

Plaintiff experienced an unforeseen event out of her control when her electronic device malfunctioned and erased Plaintiff's work product.

Considering Plaintiff had to restart written discovery for 7 Defendant's it was almost impossible to get the written discovery to the defendants in such a short time frame, further considering that Plaintiff is a full time employee and takes care of her sickly relative.

The Defendants as it relates to Transunion and Experian are preparing and maintaining reports concerning me that contains information that is not on Fraudulent, but False, Inaccurate

and materially misleading, and Capital One, Goldman Sachs, Psecu, Synchrony and wings are reporting Fraudulent, False, Inaccurate and materially misleading information to the CRA's Transunion and Experian all which is to the detriment of Plaintiff.

Plaintiff must be able to participate in ("Written Discovery") and all other discovery to prevent her from being prejudiced and to allow Plaintiff to further prove the Defendant's flagrant violation of the Federal Fair Credit Reporting Act.

This is Plaintiff's first request for an Extension of time and was not and is not meant to prejudice any party or cause an unnecessary delay in the above entitled action.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's ("DOC 49") Motion and extend the discovery deadline by thirty (30) days up and until July 12th 2024 to allow Plaintiff additional time to produce all Defendants her first set of Interrogatories, Request for the production of documents and request for Admissions ("Written Discovery").

Please see Plaintiff's attached Affidavit in support of this reply to the Defendants opposition to the Plaintiff's ("Doc 49") Motion for Extension of time .

Respectfully Submitted,
/s/ Dionne Richards
DIONNE RICHARDS Pro Se
11 High Street Milton, MA 02186
Suite # 2
+1 (617) 291-8551
dionnerichardson54@yahoo.com
Dated July 9th 2024

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed by the clerk on the **9th day of July, 2024**. Notice of this filing will be sent to the following parties counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

Robert John Murdoch Email:robert.murdoch@bipc.com

Justine Mary Sheehan Email: jsheehan@jonesday.com

David Alan Casale Email: dcasale@reedsmith.com

Christopher A. Hatfield Email: hatfieldc@ballardspahr.com

Luis Felipe Escobedo Email: felipe.escobedo@morganlewis.com

Christian B.W. Stephens Email: cstephens@eckertseamans.com

Nora R. Adukoni Email: adukonis@litchfieldcavo.com

Respectfully Submitted,
/s/ Dionne Richards
DIONNE RICHARDS Pro Se
11 High Street Milton, MA 02186
Suite # 2
+1 (617) 291-8551
dionnerichardson54@yahoo.com
Dated July 9th 2024

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

DIONNE RICHARDS

*Plaintiff,*

Vs.

EXPERIAN INFORMATION SOLUTIONS,
TRANSUNION LLC, SYNCHRONY BANK,
CAPITAL ONE BANK, GOLDMAN SACHS & CO.
LLC, PENNSYLVANIA STATE EMPLOYEES
CREDIT UNION AND WINGS FIN. SERVS.

*Defendant.*

**JURY TRIAL DEMANDED**

Civil Action No.
**1:24-cv-10494-RGS**

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S
REPLY TO DEFENDANT'S OPPOSITION TO
PLAINTIFF'S DOC 49 MOTION**

*FILED
IN CLERKS OFFICE
2024 JUL -9 PM 11:00
U.S. DISTRICT COURT
DISTRICT OF MASS.*

## AFFIDAVIT OF DIONNE RICHARDS

Dionne Richards being duly sworn deposes and states as follows under penalty of perjury

1.      The purpose of this Affidavit is to make a statement under oath.

2.      My name is Dionne Richards and I am above the age of 18 and I have personal knowledge of the facts contained in this Affidavit, and if called as a witness, I could testify competently to these facts. My Electronic device malfunctioned and deleted the discovery request that I prepared for the Defendants. I have been slammed with work and assisting my sickly relative which has further prevented me from redoing the written discovery and producing the discovery to the Defendants in this above entitled action within the time-line set by this honorable court. I have since the filing of my ("Doc 49") motion re-prepared and produced my first set of interrogatories, Request for Admissions and Request for the production of documents

to all Defendants Except Transunion and Experian. My request for an Extension of time is in no way in bad faith or intended to cause delay in this matter or prejudice any party to this matter.

**I hereby swear or affirm that the information above is true, accurate, and complete to the best of my knowledge, and that no relevant information has been omitted.**

**Dated:**

7-8-2024

**Notary Public**

**Signature Of Individual:**

**Title And Rank**

Notary

**Date Of Commision Expiration**

1/29/27

Akira Veale
NOTARY PUBLIC
Commonwealth of
Massachusetts
My Commission Expires
1/29/2027



USMS
Screened

