IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

DIONNE RICHARDS,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, TRANSUNION LLC, SYNCHRONY BANK, CAPITAL ONE BANK, GOLDMAN SACHS & CO. LLC, PENNSYLVANIA STATE EMPLOYEES CREDIT UNION and WINGS FIN. SERVS.

    Defendants.

Case No. 1:24-CV-10494-RGS

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 11, 2024 Stipulation of Dismissal, all claims asserted against Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.,** in Civil Action No. 1:24-CV-10494, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action against **EXPERIAN**.

**SO ORDERED THIS __12___ day of _November____ 2024.**

/s/ Richard G. Stearns
HONORABLE RICHARD G. STEARNS UNITED STATES DISTRICT JUDGE